UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| NELSON IKEM, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 7:23-cv-131 |
| ) | |
| v. ) | |
| ) | |
| MONDELEZ INTERNATIONAL, ) | |
| INC., ) | By:   Michael F. Urbanski |
| ) | United States District Judge |
| Defendant. ) | |
| ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, the court **GRANTS** defendant's motion **in part**, as to transfer of venue to the Richmond Division of the Eastern District of Virginia. Because this case is transferred to the Eastern District of Virginia, the court **DENIES** the remainder of defendant's motion as to dismissal **as moot**. Following transfer, the Clerk is directed to close this case in this district.

It is so **ORDERED**.

Entered: May 8, 2023

Michael F. Urbanski
Chief United States District Judge